# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK WILLIAMS IV, individually and on behalf of all others similarly situated, | Case No.: 8:24-cv-01864-FWS-DFM |
| Plaintiff, | **ORDER ON STIPULATED PROTECTIVE ORDER** |
| v. | |
| VETCOMM US, | |
| Defendant. | |

The Court having received and considered the Parties' submitted Stipulated Protective Order, and pursuant to the Parties' stipulation and for good cause shown, IT IS ORDERED that the Parties' Stipulated Protective Order is approved and shall be the Order of the Court.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED**.

DATED   November 7, 2024

HON. Douglas F McCormick
United States District Magistrate Judge

-1-

[PROPOSED] STIPULATED PROTECTIVE ORDER